B6A (Official Form 6A) (12/07)

In re:   **William D Johnson   Denise C Johnson**                                     Case No. _____
                                                                                                      (If known)
                        **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2075 Spooky Nook Road, Mount Joy, Pennsylvania 17552** | **Tenants by Entireties** | J | $ 240,000.00 | $ 250,201.00 |
| | Total ➤ | | $ 240,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **William D Johnson   Denise C Johnson**                          ,          Case No. _____
                                    **Debtors**                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Checking Account** | J | 4.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **DVD player** | J | 90.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Household furniture** | J | 250.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Televion sets (x2)** | J | 180.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 600.00 |
| 7. Furs and jewelry. | | **Neckless, earing** | J | 40.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   **William D Johnson   Denise C Johnson**                                    Case No. _____
_____                                    (If known)
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Jeep Cherokee** | J | **4,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge Durango** | J | **9,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) — Cont.**

In re   **William D Johnson    Denise C Johnson** _____ ,    Case No. _____

_____   (If known)
**Debtors**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

__2__   continuation sheets attached        Total    >    **$ 15,164.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re  **William D Johnson    Denise C Johnson**                                     Case No.  _____
                                    _____                              (If known)
                                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2004 Jeep Cherokee | 11 USC § 522(d)(2) | 100.00 | 4,500.00 |
| 2007 Dodge Durango | 11 USC § 522(d)(5) | 3,000.00 | 9,500.00 |
|  | 11 USC § 522(d)(2) | 6,800.00 |  |
| Clothing | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| DVD player | 11 USC § 522(d)(5) | 90.00 | 90.00 |
| Household furniture | 11 USC § 522(d)(5) | 250.00 | 250.00 |
| Neckless, earing | 11 USC § 522(d)(4) | 40.00 | 40.00 |
| Televion sets (x2) | 11 USC § 522(d)(5) | 180.00 | 180.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **William D Johnson    Denise C Johnson**                        .        Case No. _____

                                    **Debtors**                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxx1111**** <br><br>Fulton Bank <br>1695 State Street <br>East Petersburg, PA 17520 | | J | 12/26/2007 <br>Security Agreement <br>2007 Dodge Durango <br><br>VALUE $9,500.00 | | | | 900.00 | 900.00 |
| ACCOUNT NO. xxxxxxxxxx0000 <br><br>Lancaster County Treasurer <br>150 North Queen Street <br>PO Box 1447 <br>Lancaster, PA 17606 <br><br>Hempfield School District <br>200 Church Street <br>Landisville, PA 17538 | | J | Judgment Lien <br>2075 Spooky Nook Road, Mount Joy, Pennsylvania 17552 <br><br>VALUE $240,000.00 | | | | 4,200.00 | 0.00 |
| ACCOUNT NO. xxxxxxxx2219 <br><br>OCWEN Loan Servicing, LLC <br>1661 Worthington Road <br>STE 100 <br>West Palm Beach, FL 33409 <br><br>HSBC Bank USA <br>Attn: Bankruptcy Dept. <br>P.O. Box 5213 <br>Carol Stream, IL 60197 <br><br>Urden Law Offices, P.C. <br>111 Woodcrest Road <br>Ste 200 <br>Cherry Hill, NJ 08003 | | J | Mortgage <br>2075 Spooky Nook Road, Mount Joy, Pennsylvania 17552 <br><br>VALUE $240,000.00 | | | | 246,000.00 | 6,000.00 |

1   continuation sheets
    attached

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $    251,100.00 | $    6,900.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **William D Johnson   Denise C Johnson**                          .        Case No. _____

                                        **Debtors**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** xxxxxx0817**** <br> **Westlake Financial Services** <br> **4751 Wilshire Blvd.** <br> **Ste 100** <br> **Los Angeles, CA 90010** | | J | 01/05/2011 <br><br> **2004 Jeep Cherokee** <br><br> **VALUE $4,500.00** | | | | 4,400.00 | 4,400.00 |

Sheet no. 1 of 1 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 4,400.00 | $ | 4,400.00 |
|---|---|---|---|
| $ | 255,500.00 | $ | 11,300.00 |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (4/10)

In re    **William D Johnson    Denise C Johnson**

Debtors

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re   **William D Johnson   Denise C Johnson** _____   Case No. _____

Debtors                                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxxxxxx0000<br>**Hempfield School District**<br>**200 Church Street**<br>**Landisville, PA 17538** | | J | 01/01/2012<br>Local Taxes | | | | 1,175.00 | 1,175.00 | $0.00 |
| ACCOUNT NO.   xxx-xxxxx-x-0000<br>**Lancaster County Tax Claim Bureau**<br>**150 N. Queen Street, Ste 122**<br>**Lancaster, PA 17608-1447** | | J | 01/01/2011<br>Real Estate Taxes | | | | 8,616.02 | 8,616.02 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ▸<br>(Totals of this page) | $   9,791.02 | $   9,791.02 | $   0.00 |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   9,791.02 | | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $   9,791.02 | $   0.00 |

B6F (Official Form 6F) (12/07)

In re    William D Johnson   Denise C Johnson _____    Case No. _____
                          **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxxxxxxx **Anesthesia Assoc. of Lancaster** 133 E. Frederick Street Lancaster, PA 17602 **National Recovery Agency** NRA GROUP, LLC. dba National Recove 2491 Paxton Street Harrisburg, PA 17111 | | J | 10/08/2010 **Medical treatment** | | | | 892.00 |
| ACCOUNT NO.    xxxx2883 **Asset Acceptance LLC** PO Box 2036 Warren, MI 48090-2036 | | J | | | | | 12,315.02 |
| ACCOUNT NO.    xxxxxxxx0147**** **AT&T Mobility** 208 South Akard Street, #110 Dallas, TX 75202 **Delmarva Collection** PO Box 37 Salisbury, MD 21803 | | J | 12/24/2009 **Phone service** | | | X | 740.00 |

14   Continuation sheets attached

Subtotal ➤ $    13,947.02

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William D Johnson   Denise C Johnson**                     Case No. _____
_____                              **(If known)**
                              **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxxxxxx7392 | | J | **Phone service** | | | X | 670.55 |
| **AT&T Mobility** **208 South Akard Street, #110** **Dallas, TX 75202** **Bureau of Collection Recovery, LLC** **7575 Corporate Way** **Eden Prairie, MN 55344** | | | | | | | |
| ACCOUNT NO.   xxxx1577 | | W | 08/01/2012 **Phone service** | | | X | 1,185.00 |
| **AT&T Mobility** **208 South Akard Street, #110** **Dallas, TX 75202** **EOS CCA** **700 Longwater Drive** **Norwell, MA 02061** | | | | | | | |
| ACCOUNT NO.   xxxxxxxxxxxx3224 | | J | **Credit account** | | | | 718.21 |
| **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130** **Portfolio Recovery Associates, LLC** **PO Box 4115** **Concord, CA 94524** | | | | | | | |

__14__  Continuation sheets attached

Sheet no. _1_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $  | 2,573.76 |

Total  ➤  | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William D Johnson   Denise C Johnson**                          Case No. _____

                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxxxxxxxxxxx3224 | | J | | | | X | 900.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | | Credit card | | | | |
| Portfolio Recovery & Affiliates 120 Corporate Boulevard Norfolk, VA 23502 | | | | | | | |
| ACCOUNT NO.    xxxxxxxxxxxx3773 | | W | 10/01/2007 | | | X | 916.94 |
| Credit One Bank PO Box 98872 Las Vegas, NV 89193 | | | Credit card | | | | |
| LVNV Funding, LLC PO Box 10497 Greenville, SC 29603 | | | | | | | |
| Allied Interstate 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | | | | | | | |
| ACCOUNT NO.    xxxxS048 | | J | 06/04/2012 | | | | 110.00 |
| Crystal Pools, Inc. 4175 Roundtop Road Elizabethtown, PA 17022 | | | Pool service | | | | |
| National Recovery Agency 2491 Paxton Street Harrisburg, PA 17111 | | | | | | | |

          14   Continuation sheets attached

Sheet no. 2 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                      Subtotal ➤ | $ | 1,926.94

                                                      Total ➤ | $ |

                                    **(Use only on last page of the completed Schedule F.)**
                            (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William D Johnson   Denise C Johnson** _____    Case No. _____
                                    **Debtors**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **xxxxxx0315**<br><br>**Elizabethtown Family Health Center**<br>**300 Maytown Road**<br>**Elizabethtown, PA 17022**<br><br><br>**Lancaster Collections**<br>**218 W. Orange Street**<br>**Lancaster, PA 17603** |  | H | **08/01/2011**<br><br>**Medical treatment** |  |  | X | 76.00 |
| ACCOUNT NO.  **xxxxxxxx6629**<br><br>**Elizabethtown Family Physicians**<br>**PO Box 729**<br>**East Petersburg, PA 17520**<br><br><br>**Credit Bureau of Lancaster Co.**<br>**PO Box 1271**<br>**Lancaster, PA 17608** |  | H | **Medical Treatment** |  |  | X | 180.00 |
| ACCOUNT NO.  **xxxxxxxxxxxx3303**<br><br>**First Bank of Delaware**<br>**1000 Rocky Run Pkwy.**<br>**Wilmington, DE 19803**<br><br><br>**Midland Credit Management**<br>**8875 Aero Drive**<br>**Suite 200**<br>**San Diego CA 92123** |  | J | **Credit account** |  |  | X | 557.21 |
| ACCOUNT NO.  **xxxxxxxxxxxx2215**<br><br>**First National Bank**<br>**600 E. 60th Street N.**<br>**Sioux Falls, SD 57104** |  | J | **08/01/2007**<br><br>**Credit card** |  |  | X | 353.00 |

__14__  Continuation sheets attached

Sheet no. __3__ of __14__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ | 1,166.21

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William D Johnson  Denise C Johnson**                              Case No. _____
                            **Debtors**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxxxxxx7872 |  | J |  |  |  | X | 683.41 |
| First Premier Bank 601 South Minnesota Avenue Sioux Falls, SD 57104 |  |  | Credit Card |  |  |  |  |
| Asset Acceptance LLC PO Box 2036 Warren, MI 48090-2036 |  |  |  |  |  |  |  |
| ACCOUNT NO.  xxHWI1 |  | J | 10/05/2010 |  |  |  | 395.00 |
| Franklin H. Kreider 2400 Dairy Road Lancaster, PA 17601 |  |  | Fuel oil |  |  |  |  |
| ACCOUNT NO. |  | J | 02/18/2012 |  |  |  | 558.95 |
| Heisey Oil PO Box 7 Rheems, PA 17570 |  |  | Fuel Oil |  |  |  |  |
| ACCOUNT NO.  xxx6228 |  | J | 04/01/2008 |  |  | X | 330.00 |
| Home One Handyman Services 2600 Lititz Pike Lancaster, PA 17601 |  |  | Services |  |  |  |  |
| Lancaster Collections 218 W. Orange Street Lancaster, PA 17603 |  |  |  |  |  |  |  |

__14__  Continuation sheets attached

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                1,967.36

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson   Denise C Johnson**                                        Case No. _____
                                                                                                              (If known)
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx0946 |  | J | 03/01/2009 |  |  | X | 529.00 |
| HSBC Bank Nevada, N.A. Attn: Bankruptcy Dept. 1111 North Town Center Drive Las Vegas, NV 89144 LVNV Funding, LLC PO Box 10497 Greenville, SC 29603 |  |  | Credit card |  |  |  |  |
| ACCOUNT NO.  xxxxxxxx6239 |  | W | 10/01/2007 |  |  | X | 690.00 |
| HSBC Bank Nevada, N.A. Attn: Bankruptcy Dept. 1111 North Town Center Drive Las Vegas, NV 89144 Cavalry Portfolio Services 500 Summit Lake Drive Ste 4A Valhalla, NY 10595 |  |  | Individual account |  |  |  |  |
| ACCOUNT NO.  xxxxxxxxxxx0659 |  | J |  |  |  | X | 800.00 |
| HSBC Bank Nevada, N.A. Attn: Bankruptcy Dept. 1111 North Town Center Drive Las Vegas, NV 89144 Midland Credit Management 8875 Aero Drive Suite 200 San Diego CA 92123 |  |  | Individual account |  |  |  |  |

_14_ Continuation sheets attached

Sheet no. _5_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  2,019.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson    Denise C Johnson**                    Case No. _____
                                                                                                    (If known)
_____
                    **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxxxxxxx3370xxxx | | J | 02/01/2010 | | | | 1.00 |
| HSBC Bank Nevada, N.A. Attn: Bankruptcy Dept. 1111 North Town Center Drive Las Vegas, NV 89144 Midland Credit Management 8875 Aero Drive Suite 200 San Diego CA 92123 | | | | | | | |
| ACCOUNT NO.    xxxxxxxx1157**** | | J | 12/29/2006 Credit card | | | X | 1.00 |
| HSBC Card Services Attn: Bankruptcy Dept. P.O. Box 5213 Carol Stream, IL 60197 Cavalry Portfolio Services 500 Summit Lake Drive Ste 4A Valhalla, NY 10595 | | | | | | | |
| ACCOUNT NO.    xxxxxxxx0037**** | | J | 11/13/2007 Credit card | | | X | 1.00 |
| HSBC Card Services Attn: Bankruptcy Dept. P.O. Box 5213 Carol Stream, IL 60197 Noram Capital Holdings 15303 North Dallas Parkway Ste 1030 Addison, TX 75001 | | | | | | | |

<u>14</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal  >  $                          3.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson    Denise C Johnson**                          Case No. _____
                                    Debtors                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxxxxxxx0791**** <br><br>**HSBC Card Services** <br>**Attn: Bankruptcy Dept.** <br>**P.O. Box 5213** <br>**Carol Stream, IL 60197** <br><br>**Portfolio Recovery & Affiliates** <br>**120 Corporate Boulevard** <br>**Norfolk, VA 23502** | | J | 01/16/2007 <br><br>**Credit Card** | | | X | 1.00 |
| ACCOUNT NO.    xxxx131-1 <br><br>**LA Weight Loss Center** <br>**PO Box 297** <br>**Hatboro, PA 19040** | | W | **Fitness membership** | | | | 198.00 |
| ACCOUNT NO.    xxx5918 <br><br>**Lancaster Collections** <br>**218 W. Orange Street** <br>**Lancaster, PA 17603** | | H | 08/01/2007 <br><br>**Medica treatment** | | | X | 40.00 |
| ACCOUNT NO.    xxx5133 <br><br>**Lancaster Collections** <br>**218 W. Orange Street** <br>**Lancaster, PA 17603** | | J | 07/01/2012 | | | | 303.00 |
| ACCOUNT NO.    xxx6409 <br><br>**Lancaster Collections** <br>**218 W. Orange Street** <br>**Lancaster, PA 17603** | | H | 10/01/1011 <br><br>**Medical treatment** | | | X | 36.00 |

__14__  Continuation sheets attached

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                        578.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William D Johnson   Denise C Johnson**                     Case No. _____
                                           **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxx8531<br><br>Lancaster Collections<br>218 W. Orange Street<br>Lancaster, PA 17603 | | H | 09/01/2011<br><br>Medical treatment | | | X | 198.00 |
| ACCOUNT NO.   xxx2381<br><br>Lancaster Collections<br>218 W. Orange Street<br>Lancaster, PA 17603 | | H | 05/01/2011<br><br>Medical treatment | | | X | 188.00 |
| ACCOUNT NO.   xxxx2381<br><br>Lancaster Collections<br>218 W. Orange Street<br>Lancaster, PA 17603 | | H | 06/01/2011<br><br>Medical treatment | | | X | 277.00 |
| ACCOUNT NO.   xxx7764<br><br>Lancaster Collections<br>218 W. Orange Street<br>Lancaster, PA 17603 | | H | 08/01/2011<br><br>Medical treatment | | | X | 16.00 |

<u>14</u>  Continuation sheets attached

Sheet no. <u>8</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 679.00



Total  ➤  $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson   Denise C Johnson**                              Case No. _____
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **xxxx6416**<br><br>**Lancaster General Hospital**<br>**P.O. Box 3555**<br>**Lancaster, PA 17604**<br><br><br>**Financial Recoveries**<br>**200 E Park Drive**<br>**Ste 100**<br>**Mount Laurel, NJ 08054** | | H | **09/01/2010**<br><br>**Medical treatment** | | | X | 530.00 |
| ACCOUNT NO.   **xxxxxxxx8625**<br><br>**Lancaster General Hospital**<br>**PO Box 3077**<br>**Lancaster, PA 17604** | | H | <br><br>**Medical treatment** | | | | 483.00 |
| ACCOUNT NO.   **xxxxxxxx01-40**<br><br>**Lancaster General Physicians**<br>**PO Box 3077**<br>**Lancaster, PA 17604**<br><br><br>**Financial Recoveries**<br>**PO Box 1022**<br>**Wixom, MI 48393** | | H | **10/14/2011**<br><br>**Medical treatment** | | | X | 530.00 |
| ACCOUNT NO.   **xxxxxxxx4431**<br><br>**LVNV Funding, LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | J | **12/01/2008** | | | X | 914.00 |

<u>14</u>   Continuation sheets attached

Sheet no. <u>9</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                                                 **2,457.00**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson   Denise C Johnson**                          Case No. _____
                                                                                      **(If known)**
                              **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx4061 <br><br> LVNV Funding, LLC <br> PO Box 10497 <br> Greenville, SC 29603 | | J | 04/08/2011 <br><br> Credit card | | | X | 594.00 |
| ACCOUNT NO.  ****2983 <br><br> MCI Communications Services, Inc. <br> 22001 Loudoun County Parkway <br> Ashburn, VA 20147 <br><br><br> LVNV Funding <br> P.O. Box 10587 <br> Greenville, SC 29603 <br><br> Northland Group, Inc. <br> PO Box 390856 <br> Minneapolis, MN 55439 | | J | | | | X | 546.93 |
| ACCOUNT NO.  xx3263**** <br><br> Midland Credit Management <br> 8875 Aero Drive <br> Suite 200 <br> San Diego CA 92123 | | J | 09/08/2009 <br><br> Credit card | | | X | 554.00 |
| ACCOUNT NO.  xx3182**** <br><br> Midland Credit Management <br> 8875 Aero Drive <br> Suite 200 <br> San Diego CA 92123 | | J | 09/09/2008 <br><br> Credit card | | | X | 1,030.00 |

 14   Continuation sheets attached

Sheet no.  10  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              2,724.93

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William D Johnson   Denise C Johnson**                                     Case No. _____
                                        **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xx3263xxxx |  | W |  |  |  | X | 1.00 |
| **Midland Credit Management** **8875 Aero Drive** **Suite 200** **San Diego CA 92123** |  |  | **Credit card** |  |  |  |  |
| ACCOUNT NO.   xxxx9252 |  | H | 07/09/2012 |  |  |  | 8,523.65 |
| **Milton Hershey Medical Center** **PO Box 643291** **Pittsburgh, PA 15264** |  |  | **Medical treatment** |  |  |  |  |
| ACCOUNT NO.   xxxxxxxx9252 |  | J | 07/09/2012 |  |  |  | 8,523.65 |
| **Penn State Hershey Medical** **Attn: Patient Financial Services** **PO Box 854** **Mail Code A410** **Hershey, PA 17033** |  |  | **Medical Treatment** |  |  |  |  |
| ACCOUNT NO.   xxxx4488 |  | H |  |  |  |  | 51,240.58 |
| **Penn State Hershey Medical** **Attn: Patient Financial Services** **PO Box 854** **Mail Code A410** **Hershey, PA 17033** **Bureau of Account Management** **3607 Rosemont Ave.** **Ste 502** **PO Box 8875** **Camp Hill, PA 17001** |  |  | **Medical Treatment** |  |  |  |  |

<u>14</u>   Continuation sheets attached

Sheet no. <u>11</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  | $  | 68,288.88 |

Total  >  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __William D Johnson   Denise C Johnson__                    Case No. _____
                            **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx9570<br><br>Penn State Hershey Medical Center<br>Attn: Patient Financial Services<br>PO Box 854<br>Mail Code A410<br>Hershey, PA 17033<br><br>Bureau of Account Mangement<br>3607 Rosemont Ave<br>Ste 502<br>Camp Hill, PA 17001-8875 | | H | Medical treatment | | | X | 35,520.03 |
| ACCOUNT NO.  xxxx9306<br><br>Penn State Hershey Medical Center<br>Attn: Patient Financial Services<br>PO Box 854<br>Mail code A410<br>Hershey, PA 17033<br><br>Bureau of Account Management<br>3607 Rosemont Ave.<br>Ste 502<br>PO Box 8875<br>Camp Hill, PA 17001 | | H | Medical treatment | | | X | 30,531.66 |
| ACCOUNT NO.  xxxxx-x3017<br><br>PPL<br>2 North 9th Street<br>Allentown, PA 18101-1175 | | J | 11/01/2012<br><br>Utilities | | | X | 360.14 |
| ACCOUNT NO.  xxxx5534<br><br>The Ashton Drake Galleries<br>9200 North Maryland Ave.<br>Niles, IL 60714 | | W | 09/01/2010<br><br>Purchases | | | X | 30.00 |

__14__  Continuation sheets attached

Sheet no. _12_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          66,441.83

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    William D Johnson   Denise C Johnson
_____
                    **Debtors**

Case No. _____
                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx4431xxxx | | W | 12/01/2010 | | | X | 238.00 |
| Verizon P.O. Box 105378 Alpharetta, GA 30348 AFNI PO Box 3097 Bloomington, IL 61702 | | | Phone service | | | | |
| ACCOUNT NO. xx9001xxxx | | H | 08/01/2009 | | | X | 121.00 |
| Verizon 500 Technology Drive Ste 300 Weldon Spring, MO 63304 | | | Phone service | | | | |
| ACCOUNT NO. xx5901xxxx | | W | 01/01/2008 | | | X | 148.00 |
| Verizon Pennsylvania, Inc. 900 Race Street Philadelphia, PA 19107 | | | Utility service | | | | |
| ACCOUNT NO. xxxxxxxx5877 | | J | | | | X | 238.00 |
| Verizon Pennsylvania, Inc. 900 Race Street Philadelphia, PA 19107 AFNI, Inc. 1310 Martin Luther Drive PO Box 3427 Bloomington, IL 61702 | | | Utilities | | | | |

  14  Continuation sheets attached

Sheet no.  13  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                745.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    __William D Johnson    Denise C Johnson_____    Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxxxxx8806xxxx | | H | 12/01/2009 | | | X | 200.00 |
| Verizon Pennsylvania, Inc. 900 Race Street Philadelphia, PA 19107 | | | Utilities | | | | |
| ACCOUNT NO.    xxxxxxxxxxxx0001 | | J | | | | | 1,604.00 |
| Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002 | | | Phone/internet service | | | | |
| Sunrise Credit Services, Inc. PO Box 9168 Farmingdale, NY 11735 | | | | | | | |
| ACCOUNT NO.    xxxxxxxx0088**** | | J | 03/15/2006 | | | X | 1.00 |
| Web Bank 8405 SW Nimbus Ave, Ste A Beaverton, OR 97008 | | | Credit card | | | | |
| Web Bank 6440 S. Wasatch Blvd. Ste 300 Salt Lake City, UT 84121 | | | | | | | |

___14___    Continuation sheets attached

Sheet no. __14__ of __14__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >    $            1,805.00

Total  >    $          167,322.93

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:   <u>William D Johnson   Denise C Johnson</u>                          ,          Case No.   _____

                                         **Debtors**                                                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Dougla L. Zook<br>480 Running Pump Road<br>Lancaster, PA 17601 | Housing rental |

**B6H (Official Form 6H) (12/07)**

In re: **William D Johnson   Denise C Johnson**                              Case No. _____
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **William D Johnson Denise C Johnson** _____    Case No. _____
                              **Debtors**                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Son | 17 |
| | Son | 4 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Laboror** | **Nurse** |
| Name of Employer | **Hoober Feed Mills** | **Merle Breneman** |
| How long employed | **6 months** | **4 years** |
| Address of Employer | **3216 Mill Lane Gordonville, PA 17529** | **East Main Street, Mount Joy, PA 17552** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,000.00 | $ 2,730.00 |
| 2. Estimate monthly overtime | $ | 600.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 2,600.00 | $ 2,730.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 502.00 | $ 130.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) **Federal taxes** | $ | 90.61 | $ 0.00 |
| **FICA - Medicare** | $ | 18.63 | $ 0.00 |
| **Local taxes** | $ | 12.85 | $ 0.00 |
| **State taxes** | $ | 39.44 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 663.53 | $ 130.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,936.47 | $ 2,600.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |

B6I (Official Form 6I) (12/07) - Cont.

In re  **William D Johnson Denise C Johnson** _____     Case No. _____

                                                                                    **Debtors**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ 0.00 | $ _____ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____ 1,936.47 | $ _____ 2,600.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,536.47 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re  <u>William D Johnson Denise C Johnson</u>                      Case No. _____
                          **Debtors**                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
| a. Are real estate taxes included?    Yes _____  No ✓ | | |
| b. Is property insurance included?    Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 291.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other **Cable Service** | $ | 200.00 |
| **Trash Service** | $ | 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 148.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 230.00 |
| d. Auto | $ | 170.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Local taxes** | $ | 416.66 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 700.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,595.66 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,536.47 |
| b. Average monthly expenses from Line 18 above | $ | 4,595.66 |
| c. Monthly net income (a. minus b.) | $ | -59.19 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Eastern District of Pennsylvania

In re  __William D Johnson   Denise C Johnson_____,     Case No. _____

                                              __Debtors__                     Chapter    __7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    240,000.00 | | |
| B - Personal Property | YES | 3 | $     15,164.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $    255,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      9,791.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $    167,322.93 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     4,536.47 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     4,595.66 |
| TOTAL | | 29 | $   255,164.00 | $    432,613.95 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re  **William D Johnson   Denise C Johnson**                                      Case No.  _____

_____ Debtors                                            Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 9,791.02 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 9,791.02 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,536.47 |
| Average Expenses (from Schedule J, Line 18) | $ 4,595.66 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $ 5,330.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 11,300.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 9,791.02 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 167,322.93 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 178,622.93 |